

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 7, 2005

**FILED**

**MAR 1 6 2005**

**U.S. DISTRICT COURT
BAY CITY, MICHIGAN**

Clerk
United States District Court
Eastern District of Michigan
United States Courthouse
1000 Washington Avenue
Room 304
Bay City, MI  48708

Re:   **John F. Kowalski, Judge, 26th Judicial Circuit Court of
Michigan, et al. v. John C. Tesmer, et al.
No. 03-407
(Your No. 00-cv-10082)**

Dear Clerk:

In light of the disposal of the above-entitled case by this Court, I am returning

the original record and any exhibits to you – 1 envelope.

Kindly acknowledge receipt of this record on the enclosed copy of this letter.

Sincerely,

**William K. Suter**, Clerk

by *Eleanor D.*

Eleanor G. Lyles
Assistant Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**
1000 Washington Avenue, Room 304
Bay City, Michigan 48708
989-894-8800

David J. Weaver
Court Administrator

July 28, 2004

William K. Suter, Clerk
U.S. Supreme Court
One First Street, N.E.
Washington, D.C.  20543

Re: *00-cv-10082 John Tesmer, et al v. Jennifer Granholm, et al*
(Your Docket No. 03-407) (CCA No. 00-1824, 00-1845)

Dear Mr. Suter:

Enclosed is the District Court Record you requested to be transmitted to your office.

Kindly acknowledge receipt of this record on the enclosed copy of this letter.

Very truly yours,

Barbara K. Socia
Deputy Clerk

RECEIVED

AUG - 3 2004

OFFICE OF THE CLERK
SUPREME COURT, U.S.